AO 450 (Rev.5/85) Judgment in a Civil Case

**FILED**
CLERK, U.S. DISTRICT COURT
November 1, 2012 (11:30am)
DISTRICT OF UTAH

# United States District Court

Central Division for the District of Utah

Raymond L. Zisumbo

v.

Ogden Regional Medical Center, et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:12cv00091 TS

This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's complaint is dismissed without prejudice to Plaintiff bringing his state law claims in state court.

November 1, 2012
*Date*

D. Mark Jones
*Clerk of Court*

[signature]
*(By) Deputy Clerk*